# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

147911

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

INDEPENDENT BANK,
    Plaintiff-Appellee,

v

HAMMEL ASSOCIATES, LLC, ESTATE
OF JAMES D. LEE, and NORBERT A.
BOES,
    Defendants,

and

JAMES D. LEE REVOCABLE LIVING
TRUST,
    Defendant-Appellant.
_____/

SC: 147911
COA: 306813
Oakland CC: 2010-113058-CK

   On order of the Court, the application for leave to appeal the July 2, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014


           Clerk

h0324